UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
GABRIEL SMITH,  :
:
                Plaintiff,  :    18-CV-0033 (JPO) (OTW)
:
     -against-  :    **ORDER OF SERVICE**
:
CITY OF NEW YORK, et al.,  :
:
                Defendants.  :
:
-------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      Defendant's request for Court intervention concerning his discovery demands is **DENIED** as premature. No discovery shall occur at this time. By previous Order on February 19, 2021, the Initial Case Management Conference was adjourned, indefinitely, because the remaining defendants in the case,[1] Officers Camacho, Blake, Williams, and Captain O'Hara ("Remaining Defendants"), have not been served. (ECF 100). As directed by the February 19, 2021 Order, either the New York City Department of Correction ("DOC") must waive service for the Remaining Defendants by **March 22, 2021** or, if DOC is still not able to identify the Remaining Defendants, the New York City Law Department's response to the Court's *Valentin* order is due **April 20, 2021**. (ECF 100).

      The Clerk of Court is directed to mail a copy of this Order to *pro se* Plaintiff.

---

[1] The other defendants—the City of New York, Captain Brown and Officers Brown, Dockery, Lake, Ogletree, Perez, and Sclafani—were dismissed from the case on April 6, 2020. (ECF 93).

**SO ORDERED.**

|  |  |
|---|---|
| Dated: New York, New York<br>March 8, 2021 | _s/ Ona T. Wang_<br>**Ona T. Wang**<br>United States Magistrate Judge |