```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
GABRIEL MASSEY-SMITH,                                        :
                                                             :
                              Plaintiff,                     :   No. 18 Civ. 0033 (JPO) (OTW)
                                                             :
                -against-                                    :   ORDER
                                                             :
CAPTAIN O'HARA, et al.,                                      :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 115. The Initial Pretrial Conference scheduled for June 23, 2021 and associated deadlines are adjourned *sine die*. By **June 17, 2021**, Defendants shall file a letter notifying the Court of the parties' proposed briefing schedule for Defendants' anticipated motion to dismiss.

The Clerk of Court is directed to close ECF 115 and mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

Dated: June 9, 2021  
       New York, New York

*s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge