UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

GABRIEL MASSEY-SMITH,

                         Plaintiff,

             -against-

CAPTAIN O'HARA, et al.,

                    Defendants.

-------------------------------------------------------------x

No. 18 Civ. 0033 (JPO) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 118. The Court hereby adopts Defendants' proposed briefing schedule for their anticipated motion to dismiss:

- Defendants' motion to dismiss is due by **July 14, 2021**;

- Plaintiff's opposition, if any, is due by **August 11, 2021**;

- Defendants' reply, if any, is due by **August 25, 2021**.

*Pro se* **plaintiff is hereby warned that failure to timely file an opposition may result in the Court considering Defendants' motion to be unopposed**.

      **SO ORDERED.**

                               *s/ Ona T. Wang*

Dated: June 22, 2021                     **Ona T. Wang**
   New York, New York           United States Magistrate Judge