```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
GABRIEL MASSEY-SMITH,                                       :
                                                            :
                         Plaintiff,                         :   18-CV-00033 (JPO) (OTW)
                                                            :
        -against-                                           :   ORDER
                                                            :
CAPTAIN O'HARA, et al.,                                     :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

Following reviewing of ECF 130, the Court sets the following deadlines:

- The New York City Law Department shall update the Court on the representation of defendant Blades by **August 25, 2021**.

- Defendants' motion to dismiss is due **September 17, 2021**.

- Plaintiff's opposition, if any, is due **October 15, 2021**.

- Defendants' reply, if any, is due **October 29, 2021**.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: August 10, 2021         *s/ Ona T. Wang*
       New York, New York      **Ona T. Wang**
                                  United States Magistrate Judge